**EXHIBIT A: ECONOMIC and NON-ECONOMIC DAMAGE ALLEGATIONS**

*Amounts listed are estimates; actual amounts are not currently known and will be proven at trial but will not exceed the amounts listed below unless otherwise disclosed during the discovery process or established at trial*

| Last Name or Business Name | First Name | Real property damages (including land, buildings, trees/naturally growing plants; addresses given separately after PO entered) | Personal property damages (including household contents, vehicles, animals/pets, and landscaping) | Personal income loss | Type of injury/injuries | Past medical bills | Past wage loss | Future medical bills | Future wage loss | Noneconomic damages | Type of business | Business property damages | Past income loss | Future income loss | Other economic damages (including debris removal and alternate living expenses) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T&K Anderson Trust, Karen Anderson, Trustee | | $800,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Anderson | Karen | $324,087.31 | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant also injured shoulder from having to yank large garage door cord to release it and escape the fire, given there was no electricity. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression from injuries and the fire. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | $ - |
| M & C Anderson Household | | $1,115,887.00 | Included in real property damages | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Anderson | Carey | | $ - | $ - | Injured back removing trees from fire, required back brace. Smoke inhalation and respiratory distress caused by exposure to ash and smoke. Mental and emotional distress, anxiety, fear, and inconvenience. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - |
| Anderson | Marcia | $ - | $ - | | Smoke inhalation and respiratory distress caused by exposure to ash and smoke. Treated by Dr. Allyson McNutt, Sept. 24, 2020. Prescribed Flonase. Suffered cuts and bruises while cleaning up debris from fire, searching for possessions at burned property in the aftermath. Injured shoulder cleaning up tree debris. Mental and emotional distress, anxiety, fear, and inconvenience. Received four months counseling from pastor and church for ongoing emotional distress after fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - |
| Archer | Charlotte | $ - | $145,000.00 | | Significant exposure to smoke and ash causing respiratory distress, headaches, shortness of breath. Claimant suffered TIA and eventual stroke following the fire and aftermath, developed intestinal problems, and eventual stroke following the fire and aftermath, developed intestinal problems, and now suffers substantial physical and now suffers substantial physical and eventual stroke following the fire and aftermath, developed intestinal problems, and now suffers substantial physical problems, emotional distress, anxiety. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | $ - |
| Archer Family Trust | | $908,000.00 | $ - | | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Krch-Arkin Household | | $600,000.00 | Included in real property damages | | N/A | | | | | | | | | | |
| Arkin | Susanna Edward | | | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | 60,000.00 rental payments |
| Baker - Elersich Household | | $750,000.00 | $420,000.00 | | | | | | | | | | | | |
| Baker | Chris | | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Baker - Elersich | Christine | | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Barr Household | | $2,340.00 | | | | | | | | | | | | | |
| Barr | Jeannie | | Included in real property damages | $ - | Smoke and ash inhalation when evacuating fire, causing respiratory distress, headaches, sinus issues, and the like. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Barr | Mark | | Included in real property damages | $ - | Smoke and ash inhalation when evacuating fire, causing respiratory distress, headaches, sinus issues, and the like. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Barranti-Curry Household | | $319,812.00 | Included in real property damages | | | | | | | | | | | | |
| Barranti | Margot | | | $ - | Smoke and ash exposure and inhalation caused respiratory distress, sore throat, irritated eyes. Mental and emotional distress, anxiety, fear, and inconvenience. Continuing fear of falling trees, injury from being on property. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Curry | Alan | $ - | $65,975.00 | $ - | Smoke and ash exposure and inhalation caused respiratory distress, sore throat, irritated eyes. Mental and emotional distress, anxiety, fear, and inconvenience. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Bash Residential LLC | | $ - | $ - | | N/A | | | | | | Land Investment and development | $798,000.00 | $ - | $ - | |
| Bates Household | | $320,000.00 | $ - | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Bates | Alan | $ - | $ - | | Smoke and ash exposure and inhalation caused respiratory distress, sore throat, irritated eyes. Mental and emotional distress, anxiety, fear, and inconvenience. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Bates | Sandra | $ - | $ - | | Smoke and ash exposure and inhalation caused respiratory distress, sore throat, irritated eyes. Sustained burns to feet, and back injury during clean up of property after fire. Mental and emotional distress, anxiety, fear, and inconvenience. Vertigo from stress and exposure. Has been seen by various medical providers for stress and related issues because of fire and injuries, but do not have medical records available at this time. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Bates Catering | | $ - | $ - | | N/A | $ - | $ - | $ - | $ - | | Wedding and event venue, catering | $337,000.00 | | $ - | $ - |
| Beaubien | Mark | $2,014,712.00 | Included in real property damages | $ - | Injured knee escaping fire, still healing. Exposure to smoke and ash during fire and afterwards caused cough, sore throat, compromised breathing and respiratory distress. Experienced orthopedic injuries (muscle and joint strain and sprain) because of fire and cleanup efforts. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. Depression and anxiety, caused him to be unable to rebuild, so he sold the property and moved out of state. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | |
| Behm | Jerry | | $81,696.84 | $ - | Smoke and ash inhalation when evacuating fire, causing respiratory distress, headaches, sinus issues, and the like. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Behm | Nancy | | $432,000.00 | $ - | Smoke and ash inhalation causing respiratory distress. Claimant was struck by falling tree when trying to escape fire in vehicle, resulting in major concussion, whiplash neck injury, and traumatic brain injury. Claimant still suffers significant migraines, has balance issues, memory issues, tinnitus, exhaustion, vision changes, and more. Significant and ongoing emotional and mental distress and anxiety caused by the fire, injuries, exposure, and aftermath. | $ - | $ - | $ - | $ - | 1,000,000.00 | | $ - | $ - | $ - | |
| Behm - Dorothy L. Behm Family Trust, Jerry Behm, Trustee | | $1,065,469.00 | $ - | | N/A | $ - | $ - | $ - | $ - | | loss of income/profits from damage/destruction of Timber tree farm | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| Behm - Dorothy L. Behm Marital Trust, Jerry Behm, Trustee | | $1,065,469.00 | $ - | | N/A | $ - | $ - | $ - | $ - | | loss of income/profits from damage/destruction of Timber tree farm | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| Behm - Fred Behm FBO Nancy Behm Irrevocable Trust - Jerry Behm, Trustee | | $600,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Bethell Household | | $625,000.00 | Included in real property damages | | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Bethell | Laurie | $ - | $ - | $ - | Substantial smoke and ash inhalation from fire caused respiratory distress, sore eyes, sore throat for weeks requiring medical attention. "Major smoke inhalation," Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. "I was in a big house fire as a child. It was a huge trigger for me." Did not know if I would find my son. Hugely traumatic. Have had zoom calls with 3 different therapists, other medical providers. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | |
| Bethell | Rafe | $ - | $ - | $ - | Substantial smoke and ash inhalation from fire caused respiratory distress, coughing, sore eyes, sore throat and chronic lung and breathing problems. Receiving ongoing treatment. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. Two pet cats were killed by the fire. "I am still grieving." "I have pretty bad lungs now, coughing a lot." "I am fearful and on edge. I am emotionally distress and anxious sometimes." "I am very sad about my two cats that died." "I am sad about losing furniture my Dad hand made. He died when I was young." | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Booth Household | | $300,000.00 | Included in real property damages | | | | | | | | | | | | |
| Booth | Murray | | | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression from losses incurred because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Booth | Sara | | | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression from losses incurred because of the fire. Claimant developed high blood pressure, hair has fallen out, and has been prescribed antidepressants to deal with the stress. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Borjesson Household | | $550,000.00 | Included in real property damages | | | | | | | | | | | | |
| Borjesson | Randy | | | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. Claimant has been diagnosed with PTSD and has had additional distress seeing spouse suffer serious complications because of fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Borjesson | Debra | | | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. Claimant has been diagnosed with PTSD and has developed partial seizures requiring multiple ICU visits, and Rheumatoid Arthritis has also worsened due to the stress. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Brandal Household | | $20,000.00 | Included in real property damages | | | | | | | | | | | | |
| Brandal | Cheryl | | | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Brandal | Jeffery | | | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Brinn | Laura | $190,000.00 | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Emotional distress brought on by loss, subsequent injuries of husband, and uncertainty as to insurance would cover the losses. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | |
| Brooks-Hogan Household | | $18,000.00 | | | | | | | | | | | | | |
| Hogan | Heather | $ - | | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Brooks | Brady | | | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Brooks Family Trust, Karen Richards, Trustee | | $500,000.00 | $3,500.00 | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Broom Household | | $500,000.00 | Included in real property damages | | N/A | | | | | | | | | | |
| Broom | Carolyn | $ - | | $ - | Smoke inhalation, difficulty breathing, coughing, eye irritation cuts, bruises and headache. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Broom | James Leland | $ - | | $ - | Smoke inhalation, difficulty breathing, coughing, eye irritation cuts, bruises and headache. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | |
| Butler - Garner Household | | | | | | | | | | | | | | | |
| Garner | Nailah | $200,000.00 | | $ - | Smoke inhalation, coughing, difficulty breathing, sore throat, soreness/redness in the eyes, dizziness, headaches, and feeling generally ill. Hit her head, sustained bruising, and pulled muscles while evacuating. Lung issues are ongoing and she is receiving ongoing therapy for trauma. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Butler | Edward | $150,000.00 | | $ - | smoke inhalation and strained muscles | $5,000.00 | $ - | unknown | $ - | 750,000.00 | | $ - | $ - | $ - | |
| Campbell Household (D, J, C, C) | | $148,910.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |
| Campbell | Daniel | | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered neck and back pain from moving things in a hurry to evacuate fire. Claimant suffered and continues to suffer emotional and mental distress, panic attacks, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Campbell | Jennifer | | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered neck and back pain from moving things in a hurry to evacuate fire. Claimant suffered and continues to suffer emotional and mental distress, panic attacks, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Campbell | Cassidy | | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered neck and back pain from moving things in a hurry to evacuate fire. Claimant suffered and continues to suffer emotional and mental distress, panic attacks, sleeplessness, anxiety, and depression because of the fire. Claimant has been in psychotherapy since the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Campbell (16 y.o. need GAL) | Caleb | | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered neck and back pain from moving things in a hurry to evacuate fire. Claimant suffered and continues to suffer emotional and mental distress, panic attacks, sleeplessness, anxiety, and depression because of the fire, and has had psychotherapy to try and deal with these emotional injuries. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Campbell | Joan | $100,000.00 | $8,000.00 | $ - | Smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Campbell | Patrick | $1,000,000.00 | $ - | $ - | Smoke inhalation, difficulty breathing, coughing, eye irritation cuts, bruises, headache and PTSD. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Campbell Household (R & V) | | $947,558.32 | Included in real property damages | | | | | | | | | | | | |
| Campbell | Robert | | | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | |
| Canfield Household | | $1,052,918.00 | Included in real property damages | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | |

Exhibit A

| Household / Last Name | First Name | Real Property Damages | Included in | Personal Property | Notes | Medical/Injury Description | Col A | Col B | Col C | Col D | Other Damages | Description | Col E | Col F | Col G | Col H | Notes 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canfield | James | $ - | $ - | | | Smoke and ash inhalation from fire and aftermath caused ongoing and chronic respiratory and allergy problems, fatigue, and stress. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. "Evacuating from the fire was traumatic. Working out living and working arrangements was hectic. The smoke was very heavy and caused my spouse and I breathing issues. We took some time off of work and we headed to Idaho hoping the air quality would be better. On the way to Idaho, we struck a whole herd of mule deer with our truck. We stayed in Idaho for a week or so. When we returned to Springfield, we made arrangements to stay in RV Park. The stress in the weeks and months after the fire was intense. Due to the stress of trying to deal with all of this and still conduct my real estate business, I decided I would turn in my real estate license and terminate my real estate practice. In conclusion, due to the stress of the fire and its? aftermath I feel emotionally worn out and extremely tired. I no longer have my real estate business. My allergies and breathing are worse than they have ever been." | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | $ - | |
| Canfield | Sherrie | $ - | $ - | | | Smoke and ash inhalation from fire and aftermath caused ongoing and chronic respiratory and allergy problems, fatigue, and stress. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. "The first week after the fire was difficult because of the stress of not knowing where to go or how to make living arrangements. The smoke was very heavy and causing my spouse and I breathing issues. In Kennewick Washington I was having trouble breathing and was admitted to the hospital for double pneumonia… All of my hair fell out and the doctors said this was probably caused by all of the stress which I went through. My lungs which prior to the fire and COVID had been very healthy have suffered damage. In conclusion, I believe most of my physical issues were caused by the aftermath of this fire. Because we were isolated prior to the fire, and I had been working from home, I do not believe I would have contacted COVID at that time if I did not have to physically go in to work. The extreme stress and heavy smoke contributed to my issues. I spend more time resting and sleeping as emotionally I feel worn out and do not have the drive and energy that I had prior to the fire." | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Cervi-Skinner Household** | | $ 33,000.00 | Included in real property damages | | | | | | | | | | | | | | |
| Cervi-Skinner | Jamie | | | $ - | | N/A | $ - | $ - | $ - | $ - | | Loss of Rental Income | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages | |
| Cervi-Skinner | Steven | | $ - | | | N/A | $ - | $ - | $ - | $ - | | | | | | | |
| Clark | Codee | $ - | 10,000.00 | $ - | | smoke inhalation; sore throat; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Conner Household** | | $ 3,836,687.00 | Included in real property damages | | | | | | | | | | | | | | |
| Conner | Janelle | | | $ | | Smoke and ash inhalation from evacuating fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Conner | Kurt | | | $ | | Smoke and ash inhalation from evacuating fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Conner (need GAL) | Jack | | | $ | | Smoke and ash inhalation from evacuating fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Conner (need GAL) | Joseph | | | $ | | Smoke and ash inhalation from evacuating fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Conner (need GAL) | Juniper | | | $ | | Smoke and ash inhalation from evacuating fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Courtnage Household** | | $ 730,000.00 | Included in real property damages | | | | | | | | | | | | | | |
| Courtnage | John | | | $ | | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Courtnage | Cheryl | | | $ | | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Courtney | Cynthia | $ 250,000.00 | Included in real property damages | $ | | Claimant suffered stress, fear, inconvenience, and emotional distress because of the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Carleton T. Coveny Revocable Living Trust (aka Terrance Coveny), Coveny, Carleton T., Trustee | | $ 12,361.00 | Included in real property damages | $ | | | $ - | $ - | $ - | $ - | | Loss of Rental Income | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages | |
| George and Vivien Cox Trust, George & Vivian Cox, Trustees | | $ 13,313.00 | Included in real property damages | $ | | | $ - | $ - | $ - | $ - | | Loss of rental income | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages | |
| Dahl | Sheila | $ 1,000,000.00 | Included in real property damages | $ | | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression from injuries and the fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| The Eleanor Stuck Trust, Deborah Davenport, Trustee | | $ 1,000,000.00 | $ - | | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | 24,000.00 | debris removal |
| **DeLeon Household** | | $ 628,000.00 | Included in real property damages | | | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | |
| DeLeon | Chris | $ - | $ - | | | Respiratory system distress caused by exposure to ash, dust, and other fire byproducts. Headache, sore scratchy throat, shortness of breath. Ongoing emotional distress from fire, losses, and aftermath. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| DeLeon | Leian | $ - | $ - | | | Respiratory system distress caused by exposure to ash, dust, and other fire byproducts. Headache, sore and scratchy throat, shortness of breath, general physical sickness. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Divine Restorations Investment Trust, Marisa Aieta, Trustee | | $ 394,000.00 | $ - | | | N/A | $ - | $ - | $ - | $ - | | Land Investment and development | 394,000.00 | $ - | $ - | $ - | |
| Douglas | Linda | $ 318,868.99 | Included in real property damages | $ - | | N/A | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Eason | Deborah | $ - | 60,000.00 | $ - | | Smoke and ash inhalation and exposure caused respiratory distress, anxiety, shortness of breath, headaches. Significant emotional distress, loss of sleep, anxiety. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Erdahl Household** | | $ 109,445.00 | Included in real property damages | | | | | | | | | | | | | | |
| Erdahl | Chris | | | $ | | | $ - | $ - | $ - | | | | $ - | $ - | $ - | $ - | |
| Erdahl | Jodi | | | $ | | | $ - | $ - | $ - | | | | $ - | $ - | $ - | $ - | |
| Fager | Jeanne | $ 100,000.00 | | | | Respiratory distress, headaches, sore throat from smoke inhalation | | | | $ | 500,000.00 | | | | | | |
| Fair | Gary | $ 250,000.00 | Included in real property damages | $ | | Respiratory distress, headaches and sore throat from smoke inhalation, stress, fear, inconvenience, and emotional distress. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Firestone Household** | | | | $ 30,000.00 | | | | | | | | | | | | | |
| Firestone | Merrick | $ | | $ | | Exposure to smoke and ash from fire and aftermath caused sore eyes, scratchy throat, minor respiratory issues and cough. Emotional distress and stress from danger of fire, smoke, and losses caused by fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Firestone | Monica | $ - | | $ | | Exposure to smoke and ash from fire and aftermath caused sore eyes, scratchy throat, minor respiratory issues and cough. Emotional distress and stress from danger of fire, smoke, and losses caused by fire. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Firestone Family Trust, Merrick Firestone, Trustee | | $ 281,427.00 | $ - | | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | |
| Fitzgerald | Jim | $ 50,000.00 | | | | | | | | $ | 500,000.00 | | | | | | |
| Flint | Gene | $ 449,678.00 | $ - | | | Smoke and ash inhalation and exposure caused respiratory distress. COPD worsened and medication change required. Significant and ongoing emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Forrest | Tracy | $ 68,063.00 | Included in real property damages | $ | | Headaches, sore throat, and sinus problems while sifting through ashes, looking to salvage any lost items at burn site. Experienced loss of sleep with anxiety attacks. Feelings of not being safe. | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Fraser-Zamora Household** | | $ 600,000.00 | $ 150,000.00 | | | | | | | | | | | | | | |
| Fraser | Quenton | | | $ | 50,000.00 | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Zamora-Fraser | Miller | $ - | 25,000.00 | $ | | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Gabbard Household** | | $1,100,000.00 | $ 650,000.00 | $ 5,000.00 | | | | | | | | | | | | | |
| Gabbard | Marsha | | | | | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | jt own with Sonny | $ - | $ - | $ - | $ - | |
| Gabbard | Sonny | | | $ | | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | living expenses; hotels; food; gas | $ - | $ - | $ - | 65,000.00 | |
| **Gabriel Household** | | $ 1,400,000 | | | | | | | | | | | | | | | |
| Gabriel | Elizabeth | | | | | Gabriel inhaled smoke and ash, causing respiratory distress, sore throat, headaches, and difficulty breathing. | | | | $ | 500,000.00 | | | | | | |
| Gabriel | Steve | | | | | inhaled smoke and ash, causing respiratory distress, sore throat, headaches, and difficulty breathing | | | | $ | 500,000.00 | | | | | | |
| **Gasanova - McDonald Household** | | $ 20,000.00 | | | | | | | | | | | | | | | |
| Gasanova | Elnara | | | $ | | smoke inhalation; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| MacDonald | Anastasia | $ - | $ - | | | smoke inhalation; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| MacDonald | Dimitri | $ - | $ - | | | smoke inhalation; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Gibson | Ryan | | $ 300,000.00 | 50,000.00 | | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| **Godfrey Household** | | $ 400,000.00 | | | | | | | | | | | | | | | |
| Godfrey | Margaret S. | | | | | smoke inhalation; sinus issues; sore throat; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Godfrey | Michael R. | $ - | | | | smoke inhalation; sinus issues; sore throat; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | 16,000.00 | clearing timber |
| Godfrey Living Trust Dated September 18, 1997, Michael Godfrey, Trustee | | $ 900,000.00 | $ - | | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | |
| **Godsy Household** | | $ 1,500,000.00 | | | | | | | | | | | | | | | |
| Elaine | Godsy | | | | | Godsy inhaled smoke and ash causing respiratory distress, sore throat, and headaches. She has suffered stress, fear, inconvenience, anxiety, inconvenience, and emotional and metal distress because of the holiday farm fire. | | | | | | | | | | | |
| Richard | Godsy | | | | | Godsy inhaled smoke and ash causing respiratory distress, sore throat, and headaches. He has experience stress, fear, inconvenience, and emotional and mental distress because of the bodily injuries, damages, and losses caused by the holiday farm fire. | | | | | | | | | | | |
| **Gravitt Household** | | $ 400,000.00 | Included in real property damages | $ | | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | |
| Gravitt | Geff | $ - | $ - | | | Respiratory irritation from smoke inhalation, coughing, difficulty breathing, extremely depressed after the fire and loss of his wife. | $ - | $ - | $ - | $ - | 750,000.00 | | $ - | $ - | $ - | $ - | |
| Gravitt | Geff, II | $ - | 10,000.00 | $ | | Cuts, scrapes, and respiratory distress and headaches from smoke inhalation | $ - | $ - | $ - | | 500.00 | | $ - | $ - | $ - | $ - | |
| **Greb Household** | | $ 1,500,000.00 | | | | | | | | | | | | | | | |
| Greb | Anabella | | | | | | | | | $ | 500,000.00 | | | | | | |
| Greb | George | | | | | | | | | $ | 500,000.00 | | | | | | |
| Gumpert | Emily | $ 500,000.00 | | $ | | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | 500,000.00 | | $ - | $ - | $ - | $ - | |
| Henson | Lesa | $ 489,160.00 | Included in real property damages | $ | | Smoke and ash inhalation from fire caused respiratory distress, including exacerbation of asthma, increased symptoms and relapse from MS, sore throat, lung, eye, and sinus problems, triggered a substantially increased frequency of migraine headaches. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, abnormal heart rhythms, and depression from injuries and fire. "I have asthma and the smoke exacerbated it. In addition, the significant stress of this entire ordeal has exacerbated my diagnosis of MS. I have had to go on stronger medication." "I have on hand meds for migraine, I increased inhaler and supplementation for lung support." "I have migraine and smoke is one of the biggest triggers, so I was sent into a phase of daily migraine for months, in addition to sinus issues, throat, lung eye and sinus problems." "I keep medication on hand for migraine, and purchase over the counter remedies for sinus, throat issues as well as eye drops. I continue to have emotional and physical support through a therapist (bi monthly) acupuncture." "Significant/severe depression, grief, anxiety, inability to sleep, I have nightmares, and heart palpitations." "There's been a significant worsening in my relapsing remitting MS, worsening of migraine. As a disability recipient I struggled before. Now, I'm worried I will never regain control of my life, that I'll never be able to get my home environment livable for me again. I'm angry & beyond annoyed thinking the fire could have been prevented. There was so much life lost (wildlife, old trees, habitat) peace and comfort- gone!" "Finding the corpses of the creatures I cared for was brutal and haunts me to this day! I am angry and fearful that the comfort of a financial cushion I struggled to created was incinerated in a few hours. Due to the fire, my disability leaves me unable to recreate the life I enjoyed for 25 years. It is a dismal reality for me." "I will never be the same. I escaped surrounded by flames. With the exception of ONE picture of my MOTHER and a few pieces of jewelry I lost EVERYTHING: long saved cash, priceless art, family heirlooms are all gone. I am anxious at every turn, fearful, easily startled, and depressed. I have been on disability for over twelve years and will have more difficulty returning to the status quo, if at all. I have lost the use my land, and beloved garden. I fear I will never be able to enjoy the wildlife that was paramount to the quality of my life! | $ - | $ - | $ - | $ - | 5,000,000.00 | | $ - | $ - | $ - | $ - | |
| Hickman | Eric | $ 980,000.00 | $ 300,000.00 | $ - | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | 50,000.00 | rental payments |
| Hickman | Douglas | $ 700,000.00 | Included in real property damages | | | Smoke and ash exposure caused respiratory distress | | | | $ | 500,000.00 | | | | | | |
| Hoffman | Jacklyn | $ 33,000.00 | Included in real property damages | $ | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | |

Exhibit A

| Claimant | First Name | Real Property Damages | Personal Property Damages | Other Property | Description of Injuries/Damages | Col 1 | Col 2 | Col 3 | Col 4 | Economic Damages | Notes | Amt 1 | Amt 2 | Amt 3 | Amt 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arnold, Caralyn POA Jacklyn Hoffman | | $133,000.00 | Included in real property damages | $ - | Smoke and ash inhalation from evacuating fire caused respiratory distress. Claimant suffered arm injury when a burning branch fell on her arm while escaping fire. Lost cat in the fire and assumed dead; this and the rest of claimant's damages have made claimant suffer and continue to suffer emotional and mental distress, sleeplessness, anxiety, and depression because of the fire. Claimant had two brain surgeries and one skull surgery shortly before fire, and the fire has made this more difficult. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Roberts, Thomas POA Jacklyn Hoffman | | $33,000.00 | Included in real property damages | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Hutchinson | Helen | $306,101.00 | $ - | $ - | Smoke and ash inhalation from fire caused respiratory distress, including exacerbation of asthma, increased symptoms and relapse from MS, sore throat, lung, eye, and sinus problems, triggered a substantially increased frequency of migraine headaches. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, abnormal heart rhythms, and depression from injuries and fire.  "I have asthma and the smoke exacerbated it.  In addition, the significant stress of this entire ordeal has exacerbated my diagnosis of MS.  I have had to go on stronger medication." "I have on hand meds for migraine, I increased inhaler and supplementation for lung support." "I have migraine and smoke is one of the biggest triggers, so I was sent into a phase of daily migraine for months, in addition to sinus issues, throat, lung eye and sinus problems." "I keep medication on hand for migraine, and purchase over the counter remedies for sinus, throat issues as well as eye drops. I continue to have emotional, and physical support through a therapist (bi-monthly) acupuncture." "Significant/severe depression, grief, anxiety, inability to sleep, I have nightmares, and heart palpitations." "There's been a significant worsening in my relapsing remitting MS, worsening of migraine. As a disability recipient I struggled before. Now, I'm worried I will never regain control of my life, that I'll never be able to get my home environment livable for me again.  I'm angry & beyond annoyed thinking the fire could have been prevented. There was so much life lost (wildlife, old trees, habitat) peace and comfort- gone!"  "Finding the corpses of the creatures I cared for was brutal and haunts me to this day!  I am angry and fearful that the comfort of a financial cushion I struggled to created was incinerated in a few hours. Due to the fire, my disability leaves me unable to recreate the life I enjoyed for 25 years. It is a dismal reality for me." "I will never be the same. I escaped surrounded by flames. I escaped with my MOTHER and a few pieces of jewelry I lost EVERYTHING: long saved cash, priceless art, family heirlooms are all gone. I am anxious at every turn, fearful, easily startled, and depressed. I have been on disability for over twelve years and will have more difficulty returning to the status quo, if at all. I have lost the use my land, and beloved garden. I fear I will never be able to enjoy the wildlife that was paramount to the quality of my life! | $ - | $ - | $ - | $ - | $1,000,000.00 | | $ - | $ - | $ - | $ - |
| Helen A. Hutchinson Living Trust, Helen H. Hutchinson, Trustee | | $837,422.00 | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Illahe Properties, LLC | | $1,600,000.00 | Included in real property damages | $ - | | $ - | $ - | $ - | $ - | | Loss of income/future profits from resort | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| Iron Forest Oregon LLC | | $150,000.00 | $ - | $ - | | $ - | $ - | $ - | $ - | | wedding venue | $ - | $100,000.00 | $50,000.00 | |
| Ivey | Jacob | $100,000.00 | $105,000.00 | $ - | | $ - | $ - | $ - | $ - | $500,000.00 | rentals | $ - | $48,000.00 | $ - | |
| Johnson Household | | $ - | $118,582.00 | Included in real property damages | | | | | | | | | | | |
| Johnson | Ellen | | | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Johnson | Steve | | | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Kane Household | | $ - | $1,706,000.00 | Included in real property damages | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Kane | Dan | $ - | $ - | $ - | Smoke and ash inhalation causing respiratory distress, headaches, sinus issues. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Kane | Sally | | $ - | $ - | Smoke and ash inhalation causing respiratory distress, headaches, sinus issues. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Knight Household | | $ - | $1,500,000.00 | Included in real property damages | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Knight | Kayla | $ - | $ - | $ - | Cuts, scrapes, and respiratory distress and headaches from smoke inhalation | $ - | $ - | $ - | $500,000 | | $ - | $ - | $ - | $ - | |
| Knight | Shannon | $ - | $ - | $ - | Cuts, scrapes, and respiratory distress and headaches from smoke inhalation | $ - | $ - | $ - | $500,000 | | $ - | $ - | $ - | $ - | |
| Knight | Tracy | $ - | $ - | $ - | Cuts, scrapes, and respiratory distress and headaches from smoke inhalation | $ - | $ - | $ - | $500,000 | | $ - | $ - | $ - | $ - | |
| Koehler, Betty dba Ike's Pizza | | $2,000,000.00 | Included in real property damages | $ - | Respiratory distress, headaches and sore throat from smoke inhalation, stress, fear, inconvenience, and emotional distress | $ - | $ - | $ - | $ - | $500,000.00 | Pizza business | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| Kruse | Michael | $ - | $ - | $125,000.00 | $65,000.00 smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $21,000.00 rental; debris removal; |
| Bakkum-Kruse | Sequoia | $ - | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Sequoia Environmental Services LLC | | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | debris removal business | $100,000.00 | $20,000.00 | $ - | $ - |
| Kumm Household | | $1,500,000.00 | | | | | | | | | | | | | |
| Kumm | Brad | | | | Kumm inhaled smoke and ash causing respiratory distress, sore throat, and he has experience stress, fear inconvenience, and emotional and mental distress because of the bodily injuries, damages, and losses caused by the holiday farm fire. | | | | | $500,000.00 | | | | | |
| Kumm | Lori | | | | | | | | | $500,000.00 | | | | | |
| Karnecki | Ky | $ - | $1,500,000.00 | Included in real property damages | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Landgreen | Scott | $ - | $ - | $ - | Respiratory distress, headaches and sore throat from smoke inhalation, stress, fear, inconvenience, and emotional distress | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Lang | Donel | $324,087.31 | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered and continues to suffer emotional and mental distress, sleeplessness, anxiety, and depression from injuries and the fire. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| LaVoie | Christopher | $100,000.00 | | $ - | smoke inhalation and strained muscles | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Plaid Hedgehog LLC | | $250,000.00 | $5,000.00 | $ - | | $ - | $ - | $ - | $ - | | rental properties | $ - | $50,000.00 | $ - | $100,000.00 |
| Earth Quest Partners LLC | | $6,000,000.00 | $750,000.00 | $ - | | $ - | $ - | $ - | $ - | | rental properties | $ - | $450,000.00 | $ - | $250,000.00 |
| Lawson | Joseph | $75,000.00 | $ - | | | $ - | | $ - | $ - | | | | | | |
| Lowry, A & J Household | | $ - | $1,500,000.00 | Included in real property damages | | | | | | | | | | | |
| Lowry | Andrea | | | $ - | Respiratory distress, headaches and sore throat from smoke inhalation, stress, fear, inconvenience, and emotional distress | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Lowry | John | | | $ - | Respiratory distress, headaches and sore throat from smoke inhalation, stress, fear, inconvenience, and emotional distress | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Lowry | Todd | $90,000.00 | $30,000.00 | $ - | Lowry's inhaled smoke and ash from the fire causing headaches and eye irritation. He has experienced stress, fear, inconvenience, and emotional and mental distress because of the bodily injuries, damages, and losses caused by the holiday farm fire. | $ - | $ - | $ - | $ - | $500,000.00 | logging | $60,000.00 | $ - | $ - | $ - |
| Luttrell | Tanya | $100,000.00 | Included in real property damages | $ - | inhaled smoke and ash causing respiratory distress, sore throat, and headaches. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| M&M Land and Cattle Co, LLC | | $7,205,000.00 | Included in real property damages | $ - | | $ - | $ - | $ - | $ - | | Loss of rental profits | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| Maddock | Thomas | $150,000.00 | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Maddock Acheson Family Trust - Thomas Maddock, Trustee | | $350,000.00 | $ - | $100,000.00 | | $ - | $ - | $ - | $ - | | debris removal | $ - | $ - | $ - | $98,000.00 |
| Marchacos Household | | $ - | $400,000.00 | $150,000.00 | | | | | | | rental home; | | $43,200.00 | | $6,000.00 environmental removal from ground to repair septic |
| Marchacos | Adam | | | | | | | | | | | | | | |
| Marchacos | Denise | | $ - | $ - | | | | | | | | | | | |
| Beverly | Mayorga | $1,500,000.00 | | | Inhaled smoke and ash causing respiratory distress, sore throat, and headaches. She has experienced stress, fear, inconvenience, and emotional and mental distress because of the bodily injuries, damages and losses caused by the holiday farm fire. | $ - | $ - | $ - | $ - | $500,000.00 | | | | | |
| McInnis | Mark | $234,704.00 | Included in real property damages | $ - | Trouble breathing and discomfort being outside. Headaches, sore eyes, sore throat. Emotional distress, anxiety, grief, worry, annoyance— ongoing counseling with Katherine Jansen Byrkit | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Emsea Creative, LLC | | $2,500,000.00 | Included in real property damages | $ - | | $ - | $ - | $ - | $ - | | Loss of photographic archive | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| McWilliams Household | | $ - | $1,600,000.00 | Included in real property damages | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| McWilliams | Andy | $ - | $ - | $ - | Cuts, scrapes, and respiratory distress and headaches from smoke inhalation | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| McWilliams | Elizabeth | $ - | $ - | $ - | Cuts, scrapes, and respiratory distress and headaches from smoke inhalation | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| McWilliams Living Trust, Andy and Elizabeth McWilliams, Trustee | | | | | | | | | | | | | | | |
| Merrill | Raymond | $1,000,000.00 | $ - | $ - | Lower back strain, wrist and finger joint strain. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Miner Household | | $900,000.00 | | | | | | | | | | | | | |
| Miner | Ellen | | | | Inhaled smoke and ash from the fire, causing headaches and eye irritation. She has experience stress, fear, inconvenience, and emotional and mental distress because of the bodily injuries, damages, and losses caused by the Holiday farm fire. | | | | | $500,000.00 | | | | | |
| Miner | Ron | | $ - | $ - | Smoke and ash inhalation causing respiratory distress, shortness of breath. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. | $ - | $ - | $ - | $ - | $500,000.00 | Museum with US Army and Native American artifacts | $1,350,000.00 | $ - | $ - | $ - |
| Moore Household | | $ - | $1,000,000.00 | Included in real property damages | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Moore | Andre | $ - | $ - | $200,000.00 | $20,000.00 smoke inhalation; anxiety; Hurt back; Anxiety` | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Moore | Anthony | | | $ - | hurt his knee, back, neck, shoulder, foot, fell down flight of stairs; anxiety; depression | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Moore | Laurie | $ - | $ - | $ - | stomach upset; throwing up; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Morden | Charles | $451,400.00 | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Morris | Colton | $210,000.00 | $50,000.00 | $ - | pulled right leg calf muscle while evacuating; smoke inhalation; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $10,000.00 debris removal |
| Morris Household | | $ - | $606,500.00 | $200,000.00 | | | | | | | | | | | $50,000.00 |
| Morris | Gale | $ - | $ - | $ - | no injuries; prop jointly owned | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Morris | Molly | | | $ - | | | | | | | | | | | |
| M & M H2O, INC., abn of McKenzie Mist | | $ - | $ - | $200,000.00 | | $ - | $ - | $ - | $ - | | water bottling and dist. And lost inventory | $200,000.00 | $210,000.00 | $ - | $ - |
| Melvin A. Morrow Irrevocable Living Trust - Scott Morrow, Trustee | | $750,000.00 | $ - | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Mortimer | Dennis | $331,998.00 | $ - | $ - | Smoke and ash exposure and inhalation caused respiratory distress, sore throat, irritated eyes.  Mental and emotional distress, anxiety, fear, and inconvenience.  Continuing fear of falling trees, injury from being on property. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Moss Household | | $ - | $850,000.00 | $290,970.00 | | | | | | | | | | | $100,000.00 |
| Moss | Peter | $ - | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Moss | Leslie | $ - | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Murphy/Wendland Household | | $ - | $3,176,800.00 | Included in real property damages | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Murphy | David | $ - | $ - | $ - | Dry, scratchy throat a headache and general fatigue for about two weeks after the fire. Low back pain resulting from cleanup work (chainsawing, debris removal, etc.). Receiving ongoing Osteopathic treatment for this problem through Oregon Medical Group. Continues to experience grief from the destruction of recently-built dream home and the damage to the property.  During the months-long cleanup process, experienced frustration, aggravation, depression and anxiety. Attempted to schedule appointments with three different therapists but all three informed him that they were not taking new patients. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Wendland | Dr. Merideth | $ - | $ - | $ - | Stayed inside for approximately one week after the fire due to dry throat, cough, fatigue and overall concerns about long-term health effects from smoke exposure. Experienced various physical effects associated with property cleanup, debris removal, etc. These included strained muscles and sore hands, wrists and knees. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Myers | Janice | $560,000.00 | $110,665.00 | $80,000.00 | throwing up; headaches; PTSD; wasn't present during fire | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Myhrvold Household | | $ - | $1,500,000.00 | Included in real property damages | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Myhrvold | Cynthia | $ - | $ - | $ - | Respiratory distress, headaches, eye irritation, and sore throats due to the heavy smoke. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Myhrvold | Jerry | $ - | $ - | $ - | Respiratory distress, headaches, eye irritation, and sore throats due to the heavy smoke. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Nesslin | Kathleen | $1,300,000.00 | $ - | $ - | Respiratory distress, headaches, eye irritation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Oregon Cliff House, LLC | | $ - | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | Resort and rental property | $673,950.00 | $ - | $ - | $ - |
| Nugent, Shaun & Nugent Holding, LLC | | $2,630,900.00 | $ - | $ - | Sore throat, stressed breathing, itchy/scratchy sensations, worked in smoke and ash cleaning property. Cuts, bruises, sprains, aches, back pain, throat, eyes, breathing. Grief, anger, sadness, frustration. Started therapy in 2021. Personal and marriage counseling. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |

Exhibit A

| Last Name | First Name | Real Property Damages | Other Property | Notes | Personal Injury Description | Col1 | Col2 | Col3 | Col4 | Medical/Other | Business Type | Business Amount | Col A | Col B | Other Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O'Leary | Marion | $175,000.00 | $ - | $ - | Smoke inhalation caused respiratory distress, sore throat, cough. Significant emotional and mental distress and anxiety caused by the fire, exposure, and aftermath. She is in her 90s, and this has been a major ordeal for her to deal with in her later years. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Marion O'Leary Living Trust, Marion O'Leary, Trustee | | $391,000.00 | $ - | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Oregon Mountain Adventures LLC, dba McKenzie Audio | | $250,000.00 | $ - | | | $ - | $ - | $ - | $ - | | weddings and public events; equipment rentals | $150,000.00 | $100,000.00 | $ - | $ - |
| **Polamero household** | | | $ - | $999,072.00 | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Polamero | Daryl Lynn | $ - | $ - | $ - | Headaches, eye irritation, and sore throat. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Polamero | Perry | $ - | $ - | $ - | Exacerbation of pre-existing asthma, difficulty breathing and throat pain. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Polamero Family Trust, Perry and Daryl Lynn Polamero, Trustees | | $ - | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| **Prout and Sims Household** | | $2,500,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Prout | Linda | $ - | $ - | $ - | None | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Sims | Glenn | $ - | $ - | $ - | None | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| **Ragan and Adams Household** | | $1,450,000.00 | Included in real property damages | | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Ragan | Anita | $ - | $ - | $ - | Respiratory distress, eye irritation and sore throat from smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Adams | Robert | $ - | $ - | $ - | Respiratory distress, eye irritation and sore throat from smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Randall Household** | | $500,000.00 | | | | | | | | | | | | | |
| Simpson-Randall | Cameron | | | $ - | He experienced stress, fear, inconvenience, and emotional and mental distress because of bodily injuries, damages, and losses caused by the Holiday farm fire. | | | | | $500,000.00 | | | | | |
| Simpson-Randall | Kaleb | | | | Cuts, bruises and scrapes from fire. | | | | | $500,000.00 | | | | | |
| Randall | Katelyn | | | | | | | | | $500,000.00 | | | | | |
| Randall | Shannon | | | | | | | | | $500,000.00 | | | | | |
| **Rawles household** | | $1,000,000.00 | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Rawles | Jordan | $ - | $30,000.00 | $ - | hospitalized after the fire with pneumonia caused by smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Rawles | Kenneth Lee | $ - | $ - | $ - | Cuts, bruises, scrapes, respiratory distress, headaches from smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Richards | Brian | $500,000.00 | $ - | $ - | Inhaled heavy, smoke and ash. Back pain, chest congestion due to smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Ricks and Moyer Household** | | $1,200,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Ricks | Tom | $ - | $ - | $ - | Respiratory distress, headaches, sore throat from heavy smoke from the fire, in addition to cuts, scrapes, bruises, strains. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Moyer | Cyndie | $ - | $ - | $ - | Respiratory distress, headaches, sore throat from heavy smoke from the fire, in addition to cuts, scrapes, bruises, strains. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Roderick Household** | | $300,000.00 | | | | | | | | | | | | | |
| Roderick | Carl | | $ - | | burn on left foot; headaches; sore throat; sinus issues; anxiety; smoke inhalation | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | |
| Roderick | Robbin | | | $ - | headaches; nausea; cough; sore throat; smoke inhalation; anxiety; depression, PTSD | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $24,000.00 in kind payment as manager of rv park |
| Rohaley | Kevin | $1,500,000.00 | $ - | $ - | Respiratory distress, headaches, sore throat from heavy smoke from the fire, in addition to cuts, scrapes, bruises, strains | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Rose | Jack T. | $ - | $ - | $ - | Sore throat, headaches, sore eyes, and sinus problems. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Rose | Judith | $ - | $ - | $ - | Sore throat, headaches, sore eyes, and sinus problems. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Rose Joint Trust, Judith Rose, Trustee | | $2,000,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| **Sanders Household** | | $70,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Sanders | Lynette | $ - | $ - | $ - | Severe smoke inhalation during the fire, which continues to cause her sinus problems, headaches, sore throat. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Sangermano Household** | | $1,300,000.00 | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Sangermano | Frances | $ - | $ - | $ - | Respiratory distress, headaches and sore throat | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Sangermano | Lou | $ - | $ - | $ - | Respiratory distress, headaches and sore throat | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Sangermano Family Trust, Lou and Frances Sangermano, Trustees | | $ - | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Sather | Ellen | $581,500.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Schmitt | McKenna | $25,000.00 | $ - | $ - | smoke inhalation; stomach upset; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Sharifie | Majeed ("Jim") | | | | | | | | | $500,000.00 | | | | | |
| **Simmons Household** | | $190,753.00 | | | | | | | | | | | | | |
| Simmons | Jared | $ - | $ - | $ - | Exposure to smoke and ash caused long term sore throat, headaches, respiratory distress, coughing. Muscle and joint pain from sprain and strain while clearing property after fire. | $ - | $ - | $ - | $ - | $500,000.00 | Privately owned timber business | $190,753.00 | $ - | $ - | $ - |
| Simmons | Kathryn | | | | Also inhaled smoke and ash from the fire, causing headaches, respiratory problems, and eye irritation. She experienced stress, fear, inconvenience, and emotional and mental distress because of bodily injuries, damages and losses. | | | | | $500,000.00 | | | | | |
| Finn Rock Timber, LLC | | $657,309.00 | $ - | | N/A | $ - | $ - | $ - | $ - | | Timber company | $657,309.00 | $ - | $ - | $ - |
| **Simpson and Randall household** | | $500,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Simpson | David | $ - | $ - | $ - | Cuts, bruises, scrapes, respiratory distress, headaches from smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Randall | Katelyn | $ - | $ - | $ - | Respiratory distress, headaches and sore throat | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Randall | Shannon | $ - | $ - | $ - | Cuts, bruises, scrapes, respiratory distress, headaches from smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Snyder | Ronald | $70,000.00 | $ - | | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Spady | Patricia | | Included in real property damages | $ - | Smoke inhalation, stress. Had to get massages. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Earthscapes of Oregon, LLC & Whispering Pines Oregon, LLC (Patricia Spady) | | $1,886,824.85 | Included in real property damages | $ - | Fire damage to real properties, structures located on real properties, and trees and landscape on real properties. | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Patricia K. Spady Trust, Patricia K. Spady, Trustee | | $715,968.00 | Included in real property damages | $ - | Fire damage to personal property. | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Stevens | Brandon | $15,000.00 | $ - | $ - | Exposure to smoke and ash caused respiratory distress, headaches, sore throat. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Sughroue Household** | | $200,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Sughroue | Maria | $ - | $ - | $ - | Respiratory distress, headaches and sore throat due to smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Sughroue | Seth | $ - | $ - | $ - | Respiratory distress, headaches and sore throat due to smoke inhalation. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Swallow Household** | | $25,000.00 | $75,000.00 | | | | | | | | | | | | |
| Swallow | Amie | | | $ - | burns on arms; smoke inhalation; sore throat; breathing problems; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Swallow | James | $ - | $ - | $ - | burns on arms; smoke inhalation; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Swezey Household** | | $85,000.00 | $25,000.00 | | | | | | | | | | | | |
| Swezey | Dwayne | | | $ - | Inhaled smoke and ash, causing headaches, eye irritation and sore throat. He experience stress, fear, emotional and mental distress. | $ - | $ - | $ - | $ - | $500,000.00 | | | | | |
| Swezey | Lana | | | | Inhaled smoke and ash, causing headaches, eye irritation and sore throat. She experience stress, fear, emotional and mental distress because of bodily injuries. | $ - | $ - | $ - | $ - | $500,000.00 | | | | | |
| Taylor Family Trust, Merlin Call, trustee | | $220,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Taylor Brothers Timber, LLC | | $ - | $ - | $ - | N/A | $ - | $ - | $ - | $ - | | Timber company | $1,337,255.00 | $ - | $ - | $ - |
| **Terborg - Arian household** | | $1,700,000.00 | $600,000.00 | | | | | | | | | | | | $30,000.00 removal of dead trees |
| Terborg | James | | | $ - | cuts on hands; headaches; stomach upset; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | |
| Arian | Carol | joint own w Terborg | $ - | $ - | cuts on hands; headaches; stomach upset; respiratory distress | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | |
| Thompson Family Trust, Joan Thompson, Trustee | | $1,000,000.00 | $125,000.00 | $ - | | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Jane | Terry | | | | Inhaled smoke and ash from the fire, causing headaches, eye irritation and sore throat. | | | | | $500,000.00 | | | | | |
| **Veralrud Household** | | $1,600,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Veralrud | Debra | $ - | $ - | $ - | None | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Veralrud | Gregory | $ - | $ - | $ - | None | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Victor | Michele | $500,000.00 | $250,000.00 | $ - | smoke inhalation; stomach upset; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $20,000.00 |
| Watts | James | $7,363,197.00 | Included in real property damages | $ - | Hit by burning debris. Burned on his hair, head, neck, arms, and back and was bruised badly. | $ - | $ - | $ - | $ - | $750,000.00 | | $ - | $ - | $ - | $ - |
| Weichselbaum | Lee | $190,000.00 | Included in real property damages | $ - | Smoke and ash inhalation from fire caused respiratory distress. Claimant suffered left abdominal hernia, injured left hip, bruised right hip, and hurt right shoulder when trying to clean property post-fire. Emotional distress brought by loss, subsequent injuries, and uncertainty as to insurance would cover the losses. | $ - | $ - | $ - | $ - | $750,000.00 | | $ - | $ - | $ - | $ - |
| Wild Mountain LLC | | $ - | $ - | | | $ - | $ - | $ - | $ - | | truck vendor; harvested huckleberries and mushrooms | $ - | $45,000.00 | $ - | $ - |
| **Wilkerson Household** | | $259,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Wilkerson | Orville | $ - | $ - | $ - | Respiratory distress, headaches, sore throat from heavy smoke from the fire, in addition to cuts, scrapes, bruises, strains | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Wilkerson | Tina | $ - | $ - | $ - | Extreme coughing and her eyes burned, headaches, sore throat from heavy smoke. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Williams | Linda K. | $1,600,000.00 | $ - | $ - | Hyper-extended her back, muscle spasms, sciatica, inflammation in her neck, and left shoulder causing daily pain. | $ - | $ - | $ - | $ - | $750,000.00 | | $ - | $ - | $ - | $ - |
| **Wilson Household** | | $800,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | timber | Included in real property damages | Included in real property damages | Included in real property damages | Included in real property damages |
| Wilson | Dan | $ - | $ - | $ - | Minor cuts and scraps during evacuation, along with a severe headache. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Wilson | Marilee | $ - | $ - | $ - | Minor cuts and scraps during evacuation, along with a severe headache. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Wright | Kirk | $1,500,000.00 | Included in real property damages | $ - | inhaled smoke and ash causing respiratory distress, sore throat, and headaches. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| **Wright Household** | | $100,000.00 | | | | | | | | | | | | | |
| Wright | Lucy | | | $ - | smoke inhalation; sore throat; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Wright | Scott | | | $ - | smoke inhalation; sore throat; headaches; anxiety | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Young | Craig | $750,000.00 | Included in real property damages | $ - | Smoke and ash inhalation exposure caused increase in asthma symptoms and issues, required 4x increase in asthma medication. Chronic respiratory distress caused by smoke and ash. Significant emotional distress, loss of sleep, anxiety. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Zietz | Carl | $ - | $ - | $ - | Minor cuts and scraps during evacuation, along with a severe headache. | $ - | $ - | $ - | $ - | $500,000.00 | | $ - | $ - | $ - | $ - |
| Zietz Living Trust, Carl Zietz, Trustee | | $1,000,000.00 | Included in real property damages | $ - | N/A | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - |
| Zimmerman | Kelly | $150,000.00 | Included in real property damages | $ - | Twisted ankle, suffered cuts and scrapes, heavy smoke inhalation, he coughed and hacked up black mucous and headaches. | $ - | $ - | $ - | $ - | $750,000.00 | | $ - | $ - | $ - | $ - |

Exhibit A